U.S. Design Patent D886,982

# Exhibit B

U.S. Design Patent D886,982



U.S. Design Patent D886,982



U.S. Design Patent D886,982



U.S. Design Patent D886,982



U.S. Design Patent D886,982



U.S. Design Patent D886,982



U.S. Design Patent D886,982



U.S. Design Patent D886,982



U.S. Design Patent D886,982



U.S. Design Patent D886,982

