**SHENZHEN JISU TECHNOLOGY CO., LTD. V. THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX A**
**23CV14016**

**ANNEX A**

| No. | Defendant Name / Alias |
|---|---|
| 1 | GogomartEU |
| 2 | Nezylaf |
| 3 | Joylifetech |
| 4 | SWEETFULL |
| 5 | HonHey Direct |
| 6 | Rolitwils |
| 7 | Hao Hui Technology |
| 8 | LETSCOL |
| 9 | HelloLife Stroe |
| 10 | Elzo Direct |
| 11 | Victoper |
| 12 | goodcool |
| 13 | NaDale |
| 14 | ZKHW Store |
| 15 | FrSara |
| 16 | CHIDA3D |
| 17 | ioutdoor |
| 18 | Tiehululu |
| 19 | jiayishangmaogongsi |
| 20 | CoGadget |
| 21 | Yohinsiz Direct |
| 22 | Aeergured-US |
| 23 | YunLovXee |
| 24 | Pegasa |
| 25 | oeicorporation |
| 26 | Dandelionwall |
| 27 | TRIIFON |

| 28 | Geolinca |
|----|----------|
| 29 | I.SAKEN |
| 30 | YzoeGzroe Boutique |
| 31 | OHLGT |
| 32 | Joybuy |
| 33 | BEINOU |
| 34 | LEED |
| 35 | Weavehouse LLC |
| 36 | Boomile |
| 37 | ARTECKS |
| 38 | Joybuy Express |
| 39 | Meiliwanju |
| 40 | Youare Tech |
| 41 | WINNER |
| 42 | Whatever You Like |
| 43 | Fule |
| 44 | Weekend |
| 45 | YanWangLuo Technology Co., Ltd |
| 46 | Chunnuan |
| 47 | Center V |
| 48 | Huaxnn |
| 49 | Cogfs |
| 50 | Leke |
| 51 | luoshan95 |
| 52 | xkhappy22 |
| 53 | bazaaroutlet |
| 54 | mrssido-87 |
| 55 | sapipol_22 |
| 56 | ginaax3 |
| 57 | kegsbazaar |
| 58 | devdil_0 |

| 59 | avit_nev |
|----|----------|
| 60 | best_offer100 |
| 61 | bobbys.goods |
| 62 | malk7364 |
| 63 | khalji-0 |
| 64 | godlydove |
| 65 | qnecolife |
| 66 | starrygram-5796 |
| 67 | aqous_mart.lk |
| 68 | siyatadishmaya26 |
| 69 | asaf_shop6 |
| 70 | xkcoolgo |
| 71 | olong932 |
| 72 | tawesri66 |
| 73 | buffnstuff08 |
| 74 | cintags |
| 75 | xkeasybuy22 |
| 76 | yaniv_4813 |
| 77 | yuenuli |
| 78 | alejcr_55 |
| 79 | edirithu_0 |
| 80 | gavrie-57 |
| 81 | patricke_92 |
| 82 | jahstoyvault |
| 83 | qnecobuy |
| 84 | liord_60 |
| 85 | yaonsa0 |
| 86 | norwoodgoods |
| 87 | xksuperstore |
| 88 | chchris-93 |
| 89 | sdjck005 |

| 90 | xkstore23 |
|---|---|
| 91 | kunghei666 |
| 92 | golden-frog |
| 93 | hutoko-5 |
| 94 | famouskaracter |
| 95 | k.zamora |
| 96 | alytha |
| 97 | bestbuystore1 |
| 98 | qngobike |
| 99 | silmi_36 |
| 100 | homi_6676 |
| 101 | samfawe-0 |
| 102 | crushblow1231 |
| 103 | boxysquare |
| 104 | betterforever3 |
| 105 | oldmit39 |
| 106 | marvshop |
| 107 | kaloyadzhurko-0 |
| 108 | durave_68 |
| 109 | trendy2477 |
| 110 | adclar64 |
| 111 | yariv_store |
| 112 | j.be_7623 |
| 113 | wan95dd |
| 114 | alkhatib100 |
| 115 | swiftselectstore |
| 116 | dorovaynstie-0 |
| 117 | omnitelwireless |
| 118 | extra.plus |
| 119 | naordavid123 |
| 120 | bestmartonline-2 |

| 121 | tamirm75 |
|---|---|
| 122 | goodtimebuying |
| 123 | quantum-goods |
| 124 | zyzbo-37 |
| 125 | chandikachandika |
| 126 | micdr3579 |
| 127 | homlix |
| 128 | marlakti0 |
| 129 | nirin_0 |
| 130 | eliyahu50 |
| 131 | diyamaya_0 |
| 132 | ericy23 |
| 133 | avi_bend |
| 134 | vinchek |
| 135 | 2mart2015 |
| 136 | 11noamt |
| 137 | ongun_store |
| 138 | suli_yoss |
| 139 | comfortblaze |
| 140 | realistic-poetry-international |
| 141 | beastinnewyork |
| 142 | matontsjack |
| 143 | parcel_direct |
| 144 | khalkedon.store |
| 145 | thenewnorm_24 |
| 146 | anmaha-42 |
| 147 | chn-store |
| 148 | familystore_2 |
| 149 | ayelet_store |
| 150 | simons-store |
| 151 | zenlos1234 |

| 152 | tinycubby123 |
|-----|--------------|
| 153 | yasis8 |
| 154 | veredazulay |
| 155 | jarexmcm |
| 156 | wafatarbia59 |
| 157 | sunboy-happy |
| 158 | eli_shop20 |
| 159 | ausolv77 |
| 160 | yenoticohen5 |
| 161 | livinextra |
| 162 | vissif-0 |
| 163 | ziz218 |
| 164 | aurora2022-9 |
| 165 | henanyiman |
| 166 | aldbar71 |
| 167 | gismadhu_21 |
| 168 | founisshlomi |
| 169 | jcshop21 |
| 170 | arabeellc |
| 171 | laev_24_7 |
| 172 | xkongood21 |
| 173 | see_first_stores |
| 174 | markshopusa |
| 175 | besile234 |
| 176 | spawnandcage |
| 177 | shanikdia-7 |
| 178 | plum73pro |
| 179 | krismatt7552 |
| 180 | jinshan2013 |
| 181 | auto_buystore |
| 182 | josh-15-9 |

| 183 | xiaolinglee |
|-----|-------------|
| 184 | jasleny |
| 185 | pahutag_94 |
| 186 | ottostore |
| 187 | romu1827 |
| 188 | varietyaisle |
| 189 | tushtush |
| 190 | sven666 |
| 191 | chrismee35 |
| 192 | xxsleepw-36 |
| 193 | gejolak-49 |
| 194 | masterdeal_by_nir |
| 195 | hennieworth |
| 196 | goodlifehu |
| 197 | dizon.group |
| 198 | topofpop |
| 199 | zekra.store |
| 200 | marketplace_advantage |
| 201 | anastasia1984-34 |
| 202 | nomanoma |
| 203 | trade-preference |
| 204 | corpmine |
| 205 | jarsi_0 |
| 206 | tomato165 |
| 207 | houseofaces |
| 208 | proplumbingsupply |
| 209 | everydayideas |
| 210 | chgut_6425 |
| 211 | zo-776523 |
| 212 | therabbit122 |
| 213 | strick1-5830 |

| 214 | irmarz_0 |
|---|---|
| 215 | directimports1899 |
| 216 | americansupplywholesale |
| 217 | wakusr0 |
| 218 | aleli-719 |
| 219 | ge2036 |
| 220 | elvak-24 |
| 221 | msylle |
| 222 | abba_store1 |
| 223 | noa-trends |
| 224 | yukoshop4you |
| 225 | daborvalencia |
| 226 | statewide_8 |
| 227 | moasus-store |
| 228 | talofri12 |
| 229 | qualityacx |
| 230 | rainbowluo |
| 231 | cadencewarren |
| 232 | coco-tree |
| 233 | zious19 |
| 234 | oneclickstore2012 |
| 235 | nare-391411 |
| 236 | gadi_store |
| 237 | free112 |
| 238 | ksharward |
| 239 | easyyourlifestore |
| 240 | itana98 |
| 241 | recommend_2 |
| 242 | wicam-4456 |
| 243 | onlincanada |
| 244 | golala8 |

| | |
|---|---|
| 245 | chang-9711 |
| 246 | duomin_87 |
| 247 | laviemporium |
| 248 | fakhu_92 |
| 249 | ceylon-herb-house |
| 250 | startbeg8 |
| 251 | juragan-tawon |
| 252 | shonti_shop |
| 253 | nuhikm0 |
| 254 | greatdealsglobal_2020 |
| 255 | hifa_4897 |
| 256 | dilmi_emart |
| 257 | lyshu81 |
| 258 | gboxbeauty |
| 259 | jamboclick |
| 260 | odgrin0 |
| 261 | eshopbestdeals1992 |
| 262 | primealfa |
| 263 | gmstore_0 |
| 264 | llly_7419 |
| 265 | sarazone |
| 266 | wenwange |
| 267 | pishposhdesigns |
| 268 | alfrdav0 |
| 269 | selectsky |
| 270 | theinevitable |
| 271 | maycolgold-7 |
| 272 | lawnify |
| 273 | stockstation |
| 274 | alasmar-97 |
| 275 | mizoseong |

| 276 | shopgeniusdeals |
|---|---|
| 277 | gentleman-store |
| 278 | weddingmall2017 |
| 279 | jinyingying |
| 280 | inodbakulbebek |
| 281 | oxostore |
| 282 | brookroth |
| 283 | onenicemallstore |
| 284 | weilise-73 |
| 285 | hunmgb |
| 286 | sportsloving |
| 287 | idbenb0 |
| 288 | desvic24-8 |
| 289 | giftsbyjohn |
| 290 | halleluer |
| 291 | newlifefr |