

Deliver to steven
Chicago 60611

All ▾     foldable+fan+handheld

EN ▾     Hello, steven
Account & Lists ▾

Returns
& Orders          0

All   Clinic   Same-Day Delivery   Amazon Basics   Pharmacy   Customer Service   Groceries ▾   Pet Supplies   Beauty & Personal Care   Coupons   Health & Household Products          The Yankees are on Prime

Amazon Home     Shop by Room     Discover     Shop by Style     Home Décor     Furniture     Kitchen & Dining     Bed & Bath     Garden & Outdoor     Home Improvement

amazon clinic          Get the care you need—when you need it          Get started now ›

Home & Kitchen › Heating, Cooling & Air Quality › Household Fans › Personal Fans



Roll over image to zoom in

### ELZO Portable Handheld Fan, 4800mAh USB Rechargeable Foldable Fan, 3 IN 1 Battery Operated Small Pocket Fan[Max 46.5 Hours Runtime] with Power Bank, Flashlight Feature for Women, Travel, Outdoor-White

Visit the ELZO Store

4.5          22 ratings

$14⁹⁹

Two-Day

FREE Returns

Save 5%  on 2 select item(s)   Shop items ›

**Thank you for being a Prime member. Get $150 off:** Pay **$0.00** ~~$14.99~~ upon approval for Prime Visa.

Color: **White**

| | |
|---|---|
| $15.99 | **$14.99** |

| Brand | ELZO |
|---|---|
| Color | White |
| Power Source | Battery Powered |
| Style | Modern |
| Product Dimensions | 5.31"D x 1.48"W x 1.81"H |
| Room Type | Office |
| Special Feature | Portable |

⌄ See more

### About this item

- 【Excellent battery life & 3 Speed adjustable strong airflow】This foldable fan adopts advanced technology, 4800 mAh large-capacity battery, after fully charged, it can be used for 13.5- 46.5 hours in different gears, and the strong wind can keep you cool all the time.
- 【Foldable design & Mini size】This mini fan adopts a foldable design, and the fan blades can be stored when not in use. The volume of the fan is only about the size of a mobile phone, and it is light in weight. You can put it in your pocket or backpack when you go out .

---

**Delivery**     Pickup

$14⁹⁹

Two-Day

FREE Returns

FREE delivery **Thursday, June 22.** Order within **8 hrs 50 mins**

Deliver to steven - Chicago 60611

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment          Secure transaction
Ships from         Amazon
Sold by            Elzo Direct
Returns            Eligible for Return,
                   Refund or Replacement
                   within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?  Sell on Amazon

- 【Quiet & USB Fast Charging】This foldable fan operates with low noise, and it will not cause disturbance when used during work or rest. USB charging interface, any device with a USB interface can charge the fan, which is convenient and fast.
- 【Flashlight & Power Bank Function】This desk fan has a flashlight and power bank function, long press the power button to turn on the flashlight function, the flashlight is very bright, it can fully meet your lighting needs in dark environments, and can also be used in emergencies Temporary power supply for mobile phones, MP3 and other devices.
- 【Summer Essentials & Great Gift】This foldable fan is a great gift for family and friends, suitable for most people at home, office, camping, mountaineering, traveling, etc. It can be used anytime and anywhere, available in white and Two colors in pink for your choice.

Report incorrect product information.

 **We take security seriously. Super seriously.**
When home delivery isn't ideal, send your order to an Amazon Locker or Counter. Find a convenient pickup point near you. Size and weight restrictions may apply. Find out more

## Buy it with

   +      +   

Total price: **$45.37**

[ Add all three to Cart ]

These items are shipped from and sold by different sellers. Show details

**This item:** ELZO Portable Handheld Fan, 4800mAh USB Rechargeable Foldable Fan, 3 IN...
$14⁹⁹

JISULIFE Portable Handheld Fan, Mini Pocket Hand Fan, Small Battery Operated 14-21 hours,...
$14³⁹

JISULIFE Handheld Fan with 4800 mAh Powerbank Max 46 Hours Runtime,Pocket Fan Portable...
$15⁹⁹

## Based on your recent views

Sponsored ⓘ

       

| JISULIFE Handheld Turbo Fan [16H Max Cooling Time] Mini Portable Hand Fan,... | F-color Portable Hand Held Fan - Personal Fan with Phone Holder Power Bank USB Rech... | hosabely Mini Fan Portable, 3 IN 1 Handheld Mini Fan, Portable USB... | GDQ Portable Small Pocket Fan,Handheld Fan,Foldable Fan, Mini Fan With USB Recharge... | F-color Mini Handheld Fan - Portable Fan Personal Rechargeable Fan Small Pocket Fan... | Joylifetech Handheld Mini Fan, Portable Foldable Fan with Power Bank, USB Recharge... | Portable Handheld Fan, Mini Fan Handheld,4 Speed Porta ble Fan... | JISULIFE Handhe 4000mAh Portab Fan, Mini Persona Rechargeable Ha... |

464

 in Personal Fans
**$15.99**
Save $3.00 with coupon

1
**$15.99**

76
**$13.49**
Save $3.00 with coupon

**$11.99**

7
**$12.99**

828
**$11.34**
Save 5% with coupon

45
10% off **Deal**
**$8.99**
List: $9.99 (10% off)

1,3
**$13.99**

## Special offers and product promotions

- Save 5% each on Qualifying items offered by Elzo Direct when you purchase 2 or more.  Shop items

## From the brand

**Elzo New Product**

## Product Description

## Compare with similar items

|  | **This item** ELZO Portable Handheld Fan, 4800mAh USB Rechargeable Foldable Fan, 3 IN 1 Battery Operated Small Pocket Fan[Max 46.5 Hours Runtime] with Power Bank, Flashlight Feature for Women, Travel, Outdoor-White | Rolitwils Hand held Mini Fan, 3 IN 1 portable Travel fan,Small Personal Rechargeable[14-21 Working Hours] fan with power bank,Battery Operated Flashlight Feature for Women,Travel essentials,Outdoor | JISULIFE Portable Handheld Fan, Mini Pocket Hand Fan, Small Battery Operated 14-21 hours, USB Rechargeable Foldable Fan, Quiet Personal Fan with Power Bank, Flashlight for Indoor, Outdoor - Blue | Nezylaf Handheld Mini Fan, 3 Speeds Rechargeable Travel Fan[9-15 Working Hours], Portable USB Small Pocket Fan, Personal Fan with Power Bank for Women,Outdoor Travel essentials |
|---|---|---|---|---|
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (22) | (84) | (11004) | (254) |
| Price | $14⁹⁹ | $12⁵⁹ | $14³⁹ | $9⁷⁹ |
| Shipping |  |  |  |  |
| Sold By | Elzo Direct | Rolitwils | JISULIFE-NA | Nezylaf |
| Color | White | Black | Blue | White-MIX |
| Item Dimensions | 5.31 x 1.48 x 1.81 inches | 1.3 x 1.3 x 4 inches | 1.4 x 1.4 x 4.7 inches | 1.3 x 1.3 x 4 inches |

## Product information

| Brand | ELZO |
|---|---|
| Color | White |
| Power Source | Battery Powered |
| Style | Modern |
| Product Dimensions | 5.31"D x 1.48"W x 1.81"H |
| Room Type | Office |
| Special Feature | Portable |
| Recommended Uses For Product | Travel |
| Mounting Type | Foldable,Freestanding |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

| | |
|---|---|
| Controller Type | Button Control |
| Number of Speeds | 3 |
| Number of Blades | 3 |
| Included Components | Cord |
| Indoor/Outdoor Usage | Outdoor |
| Model Name | E729 |
| Control Method | Touch |
| Item Weight | 7.7 ounces |
| ASIN | B0BW3RLTKD |
| Country of Origin | China |
| Item model number | EZ729 |
| Batteries | 1 Lithium Ion batteries required. (included) |
| Customer Reviews | 4.5          22 ratings<br>4.5 out of 5 stars |
| Best Sellers Rank | #439,461 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#905 in Personal Fans |
| Date First Available | February 17, 2023 |

**Inspiration from this brand**



**ELZO**
Visit the Store on Amazon          + Follow








Dou you usually travel by car? Or spend time everyday in traffic jam…

The cord organizer is good for headphones, phone and chargers,…

The tablet support can be adjusted 360 degrees, which is convenient f…

Elzo Quick Charge 3.0 USB Car Charger Fast Charger 3 Ports is no…

Perfect for gamers, office workers, writers, editors designers, students…

The offi… rotated

## Videos

### Videos for this product

3:14

Customer Review: Poor design
Dave S.

0:30

Customer Review: A Great
Cordless Mini Fan
Daphne Ross

0:38

Customer Review: So
innovative.
Momof2

### Videos for related products

0:36

LETSCOL Handheld Fan Mini Fan, 3 in 1
Hand Held Fan
LETSCOL

JISU
Mini
Ray L

Upload your video

## Products related to this item

Sponsored ⓘ









JISULIFE Handheld Fan, Portable Small Fan with 3 Speeds, USB Rechargeable Hand…
812
**$18.99**

MQGX Foldable Handheld Mini Fan, 2 IN 1 Portable USB Personal Fans, USB Rechargeabl…
**$15.99**
Save 40% with coupon

GAIATOP Portable Handheld Misting Fan, 4000mAh Rechargeable Battery Operated and…
22
**$19.99**
Save 20% with coupon

JISULIFE Handheld Fan, 4000mAh Portable Hand Fan, Mini Personal Rechargeable Hand H…
1,348
**$13.99**

behappi 3 Speed 4800mah portable rechargeable Small Room Air Circulator…
27
**$19.99**

JISULIFE Handheld Fan Mini Fan Small Portable Fan with Bracket, USB Rechargeable Pe…
138
**$13.99**
Save $4.00 with coupon

JISULIFE Portable Handheld Fan, Mini Pocket Hand Fan, Small Battery Operated 14…
11,004
**$19.99**

JISULIFE Handheld Fan, 3 IN 1 Hand Portable USB Rechargeable Sm…
40,5
**$17.99**

## Similar brands on Amazon

Sponsored

ComfortneSS
Shop the Store on Amazon ›

Gaiatop
Shop the Store on Amazon ›

COMLIFE
Shop the Store on Amazon ›

LETSCOL
Shop the Store on Amazon



   

## Looking for specific info?

See questions and answers ›

## Customer reviews

4.5 out of 5

22 global ratings

5 star    77%
4 star    11%
3 star    0%
2 star    6%
1 star    6%

˅ How customer reviews and ratings work

## Reviews with images

See all photos ›

   

 Top reviews

## Top reviews from the United States

Tekeyra   VINE VOICE

**Great Airflow**

Reviewed in the United States us on May 30, 2023

Color: White    **Vine Customer Review of Free Product**   ( What's this? )

Would have given 5 stars,couldn't get the flashlight to work, nor were there any directions to do so

Helpful     Report

Krzysiu Z.   **VINE VOICE**

**Small and portable**

Reviewed in the United States us on May 9, 2023

Color: White    **Vine Customer Review of Free Product**   ( What's this? )

Nice multi functional device. Fan, light, and power bank in one. One star off for flimsy function screen, it is moving, not sitting firmly in case.

One person found this helpful

Helpful     Report

Joy Walker   **VINE VOICE**

**super excited to use this in hot Italy this summer as a fan AND power bank!**

Reviewed in the United States us on May 23, 2023

Color: White    **Vine Customer Review of Free Product**   ( What's this? )

LOVING this little powerhouse! The fan is great and the 3 speeds get pretty windy! I am able to plug it in to charge and run the fan at the same time, and even on level 3 it seems to still be upping the charge. That leads me to point #2, it is SUPER handy to have the % on the battery. I can tell how much juice is left to power my phone, because I really need to understand that coming up! I'm planning on taking it on our summer Europe trip, and am hoping it'll charge my phone in a pinch, but mostly want it for hot AirBnB's that might not have adequate AC, and for standing in the hot sun on tours. I'm also pumped to have a flashlight, also will be very handy for a number of reasons. The output appears pretty bright, so I'll be happy to rely on this device during our trip - and did I mention how ADORABLE it is? It looks like a little cat - nice cute touch! Think it's called "kawaii" 😊

Helpful     Report

Tracy Leigh   **VINE VOICE**

**So cute!**

Reviewed in the United States us on May 31, 2023

Color: Pink    **Vine Customer Review of Free Product**   ( What's this? )

This little fan is so cute and puts a smile on my face when I use it. The controls are super easy, I was able to figure it out before even reading the included instruction book. Love how it folds up for easy travel, you can just throw this in your purse or backpack and go. It also comes with a strap so you can attach it to the outside of your bag with a clip if you prefer. It's rechargeable which is a big plus and the display clearly shows you how much battery is left. I had a different rechargeable fan before and it was always a pain not knowing how much use you had left! Also very handy design, easy to grip and lightweight.



Helpful     Report

Kevin Klucas

**Versatile & Safe**

Reviewed in the United States us on May 27, 2023

Color: White     **Vine Customer Review of Free Product**   ( What's this? )

We love this little fan! It's a small package with big rewards. The "fold-out" fan blades really work well to move air without damaging delicate skin. Usually, fans have "bulky" screens around them to protect us from their blades, but these soft swiveling blades eliminate the need for the bulk. They not only have a light touch, but also they stop trying to spin when they sense interference. The USB C charging is handy and the LED flashlight is a very nice bonus. It's a classy look despite the tiny cat ears. LOL

One person found this helpful

Helpful     Report

Elizabeth   **VINE VOICE**

**helps cool you down**

Reviewed in the United States us on June 11, 2023

Color: White     **Vine Customer Review of Free Product**   ( What's this? )

very light weight and easy to carry. helps keep you cool on a hot day, has a built in flashlight.

Helpful     Report

Momof2   **VINE VOICE**

**So innovative.**

Reviewed in the United States us on May 8, 2023

Color: White     **Vine Customer Review of Free Product**   ( What's this? )

First of all, I have all kinds of fans you can think of that Amazon sells and this one is so cool, literally. It's small enough to fit in my hand, a bit hefty so it's not super lightweight. I love that it has a flashlight feature which is super bright when I tested it in my house with all the lights off. I tested it as soon as I got it, with whatever battery it came pre-charged with. I can only imagine how much brighter it will be now that I've charged it completely. It has 3 air intensity settings which is mighty powerful for a small fan. I also like that I can use it as a powerbank which will come in handy

⌄ Read more



Helpful     Report

Leah.Ana   **VINE VOICE**

**Portable**

Reviewed in the United States us on May 31, 2023

Color: White     **Vine Customer Review of Free Product**   ( What's this? )

This is a nice portable fan. I like that it rotates so far. You can sit it in a surface if you want to be hands free or hold on to it. It folds up really small and you can easily it fit in your purse or backpack. Good quality.

One person found this helpful

Helpful          Report

See all reviews ›

## Top reviews from other countries

beth

**broken**

Reviewed in the United Kingdom 🇬🇧 on June 15, 2023

Color: Pink          Verified Purchase

used just over a week and the fan stopped working

Report

See all reviews ›

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

**Make Money with Us**

Sell products on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

**Let Us Help You**

Amazon and COVID-19

Your Account

Your Orders

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Your Recalls and Product Safety Alerts

Help

English     United States

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract, and
engage customers

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your
Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness Guarantee

Amazon Ignite
Sell your original
Digital Educational
Resources

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio Performances

Book Depository
Books With Free
Delivery
Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

DPReview
Digital
Photography

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon
Warehouse
Great Deals on
Quality Used
Products

Whole Foods Market
America's Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to
your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use    Privacy Notice    Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

# Checkout (1 item)



**1   Shipping address**

steven howard
1 N LA SALLE ST
CHICAGO, IL 60602-3902
Add delivery instructions

**Change**

Ⓐ **Or pick up near this address** - See nearby pickup locations

---

**2   Payment method**

VISA **Visa** ending in 8678

Billing address: Same as shipping address.

**Change**

⌃ Add a gift card or promotion code or voucher

| Enter code | | Apply |

⌄ Apply Chase Ultimate Rewards Points $812.69
(101,587 points) available

---

**3   Review items and shipping**

> ### Want to save time on your next order and go directly to this step when checking out?
>
> ☐ Default to this delivery address and payment method.

> Choose FREE Amazon Day delivery for fewer boxes and a **$1 digital credit**.

**Delivery: June 22, 2023** If you order in the next 8 hours and 49 minutes (Details)
Items shipped from Amazon.com

**Choose your Prime delivery option:**
◉ **Thursday, June 22**
FREE Prime Delivery

---

### Place your order

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $14.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $14.99 |
| Estimated tax to be collected: | $1.54 |
| **Order total:** | **$16.53** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.



**ELZO Portable Handheld Fan, 4800mAh USB Rechargeable Foldable Fan, 3 IN 1 Battery Operated Small Pocket Fan[Max 46.5 Hours Runtime] with Power Bank, Flashlight Feature for Women, Travel, Outdoor-White**

**$14.99**
& FREE Returns

Qty: 1

Sold by: Elzo Direct

🎁 Add gift options

○ **Friday, June 23**
FREE Amazon Day Delivery
🌿 **Fewer boxes, fewer trips.**
Change delivery day
Get a $1 reward for select digital items. One reward per purchase. Details

**Or choose your pickup location:**
**Pickup available nearby**
Choose a location

---

Place your order

**Order total:  $16.53**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



Hi Mike! ˅    Daily Deals    Help & Contact

Sell    Watchlist ˅    My eBay ˅

ebay

Search for anything                                    All Categories ˅

‹ Back to search results | Listed in category:    Home & Garden    ⋯    Heating, Cooling & Air    Indoor Air Quality & Fans    Portable Fans

Share | Add to Watchlist



Hover to zoom

$ Have one to sell?    Sell now

**Portable Handheld Mini Pocket Fan USB Rechargeable Foldable Handy Flashlight Fan**

Condition: **New**

Quantity: [ 1 ]    2 available

Price:    **US $33.49**

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to watchlist ]

**Additional service available**

☐ 2-year protection plan from Allstate - $2.99

↩ Breathe easy. Free shipping and returns.

🚚 Fast and reliable. Ships from United States.

Shipping:    **Free** Expedited Shipping. See details
Located in: Denver, Colorado, United States

Delivery:    🚩 Estimated between **Thu, Jun 29** and **Wed, Jul 5**
to 60602 ⓘ
Includes **7 business days** handling time after receipt of
cleared payment.

Returns:    30 days returns. Seller pays for return shipping.
See details

Payments:    PayPal  G Pay  VISA  🔴🔴 mastercard  AMEX  DISCOVER

**PayPal** CREDIT
Special financing available. See terms and apply
now

Earn up to 5x points when you use your
eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your
money back.
Learn more

**Seller information**
2mart2015 (94 ⭐)
100% positive feedback

♡ Save seller
Contact seller
See other items

---

Similar sponsored items    See all ›

Feedback on our suggestions



Handheld Mini Fan, 3 in 1 Hand Fan,
Portable USB Rechargeable Small
Pocket Fan
New
**$26.46**
Free shipping

Handheld Mini Fan, 3 in 1 Hand Fan,
Portable USB Rechargeable Small
Pocket Fan,
New
**$28.10**
Free shipping

Handheld Mini Fan, 3 in 1 Hand Fan,
Portable USB Rechargeable Small
Pocket Fan,
New
**$25.99**
Free shipping

Handheld Mini Fan, 3 in 1 Hand Fan,
Portable USB Rechargeable Small
Pocket Fan,
New
**$30.36**
Free shipping

3 IN 1 Handheld Fan Mini Hand Fan
Portable Small Pocket Fan USB
Rechargeable Fan
New
**$26.99**
Free shipping
Seller with a 100% positive feedback

H
P
P
N
$

Sponsored items inspired by your views    See all ›

Feedback on our suggestions








Portable Mini Fan, Handheld Fan USB Rechargeable Small Pocket Fan, Battery
New
**$31.05**
Free shipping
Seller with a 100% positive feedback

Handheld Mini Fan, 3 in 1 Hand Fan, Portable USB Rechargeable Small Pocket Fan,
New
**$34.99**
Free shipping

Handheld Fan Mini Fan,3 in 1 Hand Held Fan,Portable USB Rechargeable Fan [14-...
New
**$19.22**
Free shipping

Handheld Mini Fan , 3 in 1 Hand Fan , Portable USB Rechargeable Small Pocket Fan
New
**$28.40**
Free shipping

Portable Handheld Mini Fan/USB Rechargeable/Long Working Hours /Battery Operated
New
**$33.24**
Free shipping
Seller with a 99.4% positive feedback

---

About this item    |    Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.
Last updated on Jun 22, 2023 06:38:45 PDT  View all revisions

eBay item number: **125971186169**

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ...  Read more |
| Brand | Does not apply |
| Type | Does not apply |
| Item model number | F8-P |
| Style | Casual |
| Power Source | Battery Powered |
| Operating Sound Rating | 40 dB |
| Mounting Type Handheld | Controller Type Button Control |
| Control Method | Touch |
| Theme | Portable |
| Specification Met | UL/CE/UKCA/FCC/PSE |
| Room Type | Personal |
| Material Acrylonitrile Butadiene Styrene | Number of Speeds 2 |
| Product Dimensions | 1.4"D x 1.4"W x 4.7"H |
| Model Name | F8-P |
| Number of Blades | 2 |
| Indoor/Outdoor Usage | Outdoor, Indoor |
| Country of Origin | China |
| Item Weight | 4.4 ounces |
| Special Feature | Foldable, LED Light |
| Electric fan design | Wearable Fan |
| Color | Blue |
| Wattage | 7.4 Watt-hours |
| Batteries | 1 Lithium Ion batteries required. (included) |
| Voltage | 3.7 Volts |
| Recommended Uses For Product | Cooling, Drying |
| Included Components | Handheld Fan, Lanyard, Type-C Cord, Manual |
| Switch Type | Push Button |
| UPC | 726084357921 |
| ISBN | Does not apply |
| EAN | 0726084357921 |

## Item description from the seller



OTHER ITEMS      FEEDBACKS      ABOUT US      CONTACT US      ADD TO FAVORITES

## Portable Handheld Mini Pocket Fan USB Rechargeable Foldable Handy Flashlight Fan

- Super Long Endurance and Strong Airflow - Adopted the advanced technology, it lasts for 14 hours with 2-speed, 21 hours with 1-speed after about 3 hours full charge. The maximum rotating speed of the fan is 3400 rpm which is enough for personal use to keep you cool.
- Foldable Design and Mini Size - The foldable design makes it easy to carry and store. Besides, with the oval shape(1.3*1.3*4.7 Inches, Weight: 4.4 Oz), this rechargeable fan can hide the fan blade, small and easy to slide into your pocket and purse.
- Power Bank Function and Quiet Operation - 5V/1A USB output port makes the mini hand fan to be a power bank(2000mAh) in an emergency, supplying power for mobile phone, MP3, etc. With no frame design, make the noise low to 50db that causes no bother during work.
- Flashlight and Include Wrist String - Long press the power button to open the flashlight feature when the fan is not spinning. The flashlight is quite bright and can be used in dark areas or if electricity is out. And with a lanyard included, you can hang it on your hands or travel backpack.
- USB Fast Charge & Gift Choice - You can use a wall charger, laptop, power bank to charge it. And the handheld fan only needs 2-3 hours to get fully charged. This mini handheld fan will also be a gift for your family, friends. Cute, tiny, and useful gadgets for most people.

### Product Description

1. How to open the cover?
There is a small gap on the top between the cover and the main body. You can pry it for your finger. Or, you can press the base where the USB connectors are and the main body on the top is exposed, and then pull it out.
2. How to open the flashlight?
Long press the button for 2-3s, and the light will work.
3. For Hard to through the lanyard.
You can use a pin or other tiny thing to assist you to push the lanyard through.
4. How to store the product?
It is recommended to get the fan fully charged before storing when not in use, especially when stored in different seasons, so as to ensure that they can still be used in the next summer.

### Item Specification

| | |
|---|---|
| Item model number | F8-P |
| Style | Casual |
| Power Source | Battery Powered |
| Noise Level | 40 dB |
| Mounting Type | Handheld |
| | Controller Type Button Control |
| Control Method | Touch |
| Theme | Portable |
| Specification Met | UL/CE/UKCA/FCC/PSE |
| Room Type | Personal |
| Material Acrylonitrile Butadiene Styrene | |
| | Number of Speeds 2 |
| Product Dimensions | 1.4"D x 1.4"W x 4.7"H |
| Model Name | F8-P |
| Number of Blades | 2 |
| Indoor/Outdoor Usage | Outdoor, Indoor |
| Country of Origin | China |
| Item Weight | 4.4 ounces |
| Special Feature | Foldable, LED Light |
| Electric fan design | Wearable Fan |



**2mart2015**

**100%** Positive Feedback
**99** Items sold

Visit shop

Contact

♡ Save seller

### Seller feedback (16)

⊕ p***s (452) • Past year

A pleasure doing business with! :-) A+

⊕ t***o (2212) • Past year

Very enjoyable. Thanks

⊕ n***n (577) • Past year

Great seller!

See all feedback

More to explore :   Rechargeable Mini Portable Fans,   Rechargeable USB Portable Fans,   Handheld Mini Portable Fans,   Handheld Portable Fans,   Rechargeable Misting Portable Fans,   USB Portable Fans,   Rechargeable Blower/Utility Portable Fans,   Geek Aire Rechargeable Portable Fans,   Opolar USB Portable Fans,   Electric Mini Portable Fans

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

 **Checkout**

How do you like our checkout? [Give us feedback](#)

## Pay with

◉ **VISA** x-8678

○ **Add new card**
VISA  MasterCard  AMEX  DISCOVER

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. [See terms](#)

○ **G Pay** Google Pay

| | |
|---|---|
| Subtotal (1 item) | $33.49 |
| Shipping | Free |
| Tax* | $3.43 |

**Order total** **$36.92**

By placing your order, you agree to eBay's [User Agreement](#) and [Privacy Notice](#).

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

🔒 **Confirm and pay**

**eBay** MONEY BACK GUARANTEE
[See details](#)

## Ship to

Mike Ball
1 N La Salle St, STE 2100
Chicago, IL 60602-3918
United States
(847) 653-0228
[Change](#)

## Review item and shipping

Seller: 2mart2015  |  [Message to seller](#)



Portable Handheld Mini Pocket Fan USB Rechargeable Foldable Handy Flashlight Fan

**$33.49**

Quantity
1

**Delivery**
Est. delivery: Jun 29 – Jul 5
Expedited Shipping
**Free**

## Gift cards, coupons, eBay Bucks

Enter code:                          Apply

## Donate to charity (optional)  ⓘ

### The Skatepark Project

June 21st is Go Skateboarding Day! Support The Skatepark Project,
a charity creating safe & inclusive public skateparks for youth.
PayPal Giving Fund (PPGF) receives your donation and grants 100%
to a charity no later than 30 days after the end of the month in which
the donation is made. Donations are non-refundable and typically
tax deductible. PPGF may be unable to grant funds to a charity if the
charity has lost tax exempt status, has closed, or no longer accepts
funds from PPGF.

Select amount        None   ⌄

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

6/27/23, 11:30 AM

Desk Fan, Atck Portable Mini Handheld Fan Rechargeable Batteries, 8-18 Hours Working Time, 2 Speed Adjustable Settings for Office Home Outdoor and Travel (Pink) - Walmart.com

Home Improvement / Heating, Cooling, & Air Quality / Cooling / Fans / Electric Fans

**Midea**  **Free your window**

Sponsored



Roll over image to zoom in



**Options**

**$19.99**

Mini Handheld Fan 1200mAh Battery Operated Fan 2 Speed Adjustable USB Rechargeable Small Portable Personal Fan Foldable Stroller Desk Table Fan for Kids Girls Woman Home Office Outdoor Travel,White

3+ day shipping



**Options**

**$19.99**

Handheld Fan, Super Mini Personal Fan With Rechargeable Battery Operated And 2 Adjustable Speed, Portable Hand Held Fan For Girls Women Kids Outdoor Travelling Or Indoor Office Home,White

3+ day shipping



**Options**

**$19.99**

Atck Handheld Mini Fan, 2 IN 1 Hand Fan, Small Pocket Fan, Battery Operated Fan w Feature for Wowen,Travel,Outdoor-Pink

3+ day shipping

## About this item

### Product details

Your Portable Travel Partner – Rechargeable Mini Fan, Power Bank and Flashlight 3 in 1

You can enjoy the below benifits:

1. Long battery life (14 to 21 hours)

2. Mini figure ( 4.7*1.4*1.4 inch, weight-4.4 ounces )

3. Power bank

4. Rechargeable design (battery included)

5. Easy to rechargeable (power bank, laptop and USB charger)

6. Work on 110/220 Volt

7. Strong airflow(2200 -3300 rpm)  Long Battery Life

Working Hours:

- 21 hours at 1 speed
- 14 hours at 2 speed

It's been running continuously, the fan body does not get hot at all due to the high quality 18650 battery.

Soft Blades

With special soft TPE material, the blades are very safe. If you accidentally touch the rotating blades, the soft blades

Gift Choice

It's a sweet gift for her on Thanksgiving, Christmas, birthdays, anniversaries and other special occasions for women, men,children, girs and boys.

What's in the Box

- 1* fan(included 1200 mAh battery, not replaceable
- 1* micro USB cable
- 1*user manual

- 【Foldable Lightweight Design】 The 180°foldable handle allow you to adjust this portable fan head to suitable angles you want when put it on desk. the mini USB fan is easily fit in your pocket or handbag, perfect partner in hot summer when travelling, hiking, camping, etc.and come with a Non-slip mat to able to steadily stand on the table to be used in the office or household
- 【USB Rechargeable & Long working time】: USB Rechargeable mode. Built-in 2500mAH lithium battery only 2 hours fast charging, battery life about 3-9 hours ( normal working time). make you cool in the summer. it is also designed with the USB Output port ,you can supply emergency energy for your phone when it is out of charge

6/27/23, 11:30 AM

Desk Fan, Atck Portable Mini Handheld Fan Rechargeable Batteries, 8-18 Hours Working Time, 2 Speed Adjustable Settings for Office Home Outdoor and Travel (Pink) - Walmart.com

- 【2 Adjustable Speeds and Super Quiet】 Low/High-speed settings meet your different wind-speed needs.The mini fan is also quiet operation, free you from the worries of being disturbed while working, reading or sleeping.
- 【Super Long Endurance and Updated Strong Airflow】 Adopted the advanced technology, it lasts for 21 hours at speed 1, 14 hours at speed 2 full charge. With enlarged blades, the wind increased 30% compared to the original version.The maximum rotating speed of the fan is 3300 rpm which is enough for personal use to keep you cool.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

| Specifications | ⌃ |
| --- | --- |

**Features**
Portable

**Manufacturer Part Number**
SW242P

**Assembled Product Dimensions (L x W x H)**
1.30 x 1.70 x 5.70 Inches

💬 Report incorrect product information



Best seller

+ Add

**Now $13.99** ~~$29.99~~

Mini Handheld Fan, BUSATIA Portable Personal Fan Hanging Neck Fan 90°
Adjustable USB Rechargeable 4000mAh Small Desk Fan 5 Speed for Home
Office Travel, White

★★★★★ 1

2-day shipping

+ Add

Sponsored

**Now $69.99** ~~$79.99~~

Comfier 11" Electric Foldaway Fan with Remote, 7800mAh Height
Adjustment Standing Fan for Bedroom Travel Office Camping

2-day shipping

Reduced price

Options

+2 options

**$14.99** ~~$27.69~~

Mini Handheld Fan, Portable Personal Fan
90°Adjustable USB Rechargeable 4200mAh
Home Office Travel

★★★★☆ 59

2-day shipping

💳 **Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk. Learn more

★★★★★ (0 reviews)

Write a review

This item doesn't have any reviews yet.

💳 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



Atck

**Desk Fan, Atck Portable Mini
Handheld Fan Rechargeable Batteries,
8-18 Hours Working Time, 2 Speed
Adjustable Settings for Office Home
Outdoor and Travel (Pink)**

**$19.99**
Price when purchased online ⓘ

Buy now

Add to cart

**Actual Color:** Pink

| $19.99 | $19.99 |

📦 Free shipping, **arrives by Mon, Jul 3** to 1 N La Salle St
More options

🏪 Sold and shipped by **ARTECKS**
★★★☆☆ 176 seller reviews
View seller information

↩ Free 90-day returns Details

♡ Add to list     ▦ Add to registry

6/27/23, 11:30 AM

Desk Fan, Atck Portable Mini Handheld Fan Rechargeable Batteries, 8-18 Hours Working Time, 2 Speed Adjustable Settings for Office Home Outdoor and Travel (Pink) - Walmart.com

**Protect your purchase** ︿

Get the best value on product protection including fast
repairs or replacements.

Add Walmart Protection Plan by Allstate    Details

○ 2-Year plan - $2.00

○ 3-Year plan - $3.04

● I don't need protection at this time



Sponsored

Now **$12.88** ~~$14.97~~

QXWREL Handheld Fan 2000
mAh Portable Fan...

★★★★★ 1

2-day shipping

**+ Add**



Midea

Free your window

No.1 AC BRAND IN THE US

Sponsored

---



+3 options

**Options**

$18.88

Handheld Fan with 2000 mAh Powerbank ,Pocket Fan Portable Battery
Operated or USB Powered Folding Personal Fan,3 Speeds,Enhanced
Airflow,Rechargeable Quiet Mini Fan

3+ day shipping



Best seller

**Options**

Sponsored

From **$10.30**

YzoeGzroe Brown Portable Handheld Fan USB Rechargeable LED light
source Mini Hand Held Travel Fans Folding Pocket Fan with 3 Speeds

★★★★☆ 526

2-day shipping



**Options**

Sponsored

From **$10.95**

2X Headlights for Croc ,3V Led Flashlight :
,Peatop Croc Shoe Lights for Running Can

★★★★★ 4

2-day shipping

---

**Report:**  ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

Floor Fans

Shop Fans by Brand

All Fans

Standing Fans

Oscillating Fans

Remote Control Fans



**Free shipping, arrives by Mon, Jun 26**

Steven kal

1 N La Salle St, Chicago, IL 60602

Edit

**Delivery instructions**

Add

Add gate codes or other useful information.

## Items details

Hide details

**Arrives by Mon, Jun 26**   (1 item)

Sold and shipped by ARTECKS

Desk Fan, Atck Portable Mini Handheld Fan Rechargeable Batteries, 8-18 Hours Working Time, 2 Speed Adjustable...

Actual Color: Pink

**$19.99**

Remove    −   1   +



**Place order for $22.04**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)     $19.99

Shipping     **Free**

**Estimated taxes**     $2.05

☐ Give $0.96 to Children's Miracle Network to support your local community   ⓘ

Round up your total to the nearest dollar to donate

**Donate a whole dollar to Children's Miracle Network**   ⓘ

| $1.00 | $2.00 |

**Estimated total**     **$22.04**

Have a promo code?     ⌄

## 🗎 Payment method



💳 **We'll look for smart ways to pay**

We'll suggest payment methods that work best with eligible items in your cart.

VISA   **Ending in 8678**     $22.04

+ Add new payment     Edit payment

Walmart+   Free 30-day trial

**Save with Walmart Rewards, free delivery, & more!**

Restrictions apply.

Try Walmart+ free for 30 days



## 📱 Mobile contact

We'll contact you in case anything comes up with your order.

*Required field

Phone number (10 digits)*

(847) 653-0228

☑ **I want to receive text updates about the status of my order.**

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By continuing, you agree to our Mobile Alert Terms.