IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHENZHEN JISU TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX A, <br><br> Defendants. | Case No. 23cv14016 |

## DECLARATION OF GE (LINDA) LEI

I, Ge (Linda) Lei, of Chicago, Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am the attorney for Plaintiff. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. Since and pursuant to entry of the TRO, Plaintiff will contact Amazon.com, eBay.com, Walmart and other online platform to restrain accounts associated with the Defendant Internet Stores.

3. A recent study by the International Chamber of Commerce shows that online counterfeiting is a problem of epic proportions, with "the negative impacts of counterfeiting are projected to drain US$4.2 trillion from the global economy . . . by 2022."

4. In preparation for the filing of this Motion, I have reviewed numerous cases from this District involving online infringement through online marketplaces such as Amazon.com, eBay.com, and Walmart among others. Many of the plaintiffs in these cases have sought and been granted an *ex parte* restraining order and asset freeze in order to stop infringers from simply relocating their ill-gotten funds.

5. Numerous cases that I have reviewed indicate that infringers transfer and/or attempt to transfer funds once they receive notice of a lawsuit.

6. Attached hereto as Exhibit B-1 is a true and correct copy of the ex parte temporary restraining order and asset seizure granted in H-D US.A., LLC v. ZONG-3, et al., Case No: 1 :17- cv-06406 (N.D. Ill. 2017).

7. Attached hereto as Exhibit B-2 is a true and correct copy of the ex parte temporary restraining order and asset seizure granted in *Luxottica Group S.p.A., et al. v. The Partnerships and Unincorporated Associations Identified on Schedule "A"*, Case No. 1 :16-cv-07988 (N.D. Ill. 2016).

8. Attached hereto as Exhibit B-3 is a true and correct copy of the ex parte temporary restraining order and asset seizure granted in *Tory Burch LLC, et al. v. The Partnerships, et al.*, Case No. 1: 13-cv-02059 (N.D. Ill. 2013).

9. Also, usually Defendants' Entities sand Individuals identified on Annex A have provided no means by which they may be identified or contacted beyond their Amazon.com, eBay.com, Walmart and other online platform Account names.

10. Upon information and belief, Defendants are an organized group of infringers operating out of the nation of China, as is demonstrated by numerous account names of Chinese

origin. Defendants utilizes nearly identical product descriptions of the infringing products, including using identical images of the infringing products.

11. Upon information and belief, the Defendants have utilized the Amazon.com, eBay.com, Walmart and other online platform through a desire to remain anonymous to evade Plaintiff's attempts to police its intellectual property rights and the authority of this Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 22, 2023 at Chicago, Illinois.

/s/ Ge (Linda) Lei
Ge (Linda) Lei