**IN THE UNITED STATE DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **SHENZHEN JISU TECHNOLOGY CO., LTD.** | |
| **Plaintiff,** | **Case No. 23-cv-14016** |
| **v.** | **Judge Lindsay C. Jenkins** |
| **THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX A,** | **Magistrate Judge Jeffrey Cole** |
| **Defendants.** | |

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER

Plaintiff, SHENZHEN JISU TECHNOLOGY CO., LTD. ("Plaintiff") respectfully requests that this Court enter an order extending the Sealed Temporary Restraining Order (Dkt. No. 10) entered in this matter for a period of fourteen days, through and including October 23, 2023. In support Plaintiff would show as follows: Federal Rule of Civil Procedure 65(b)(2) states that an *ex parte* temporary restraining order "expires at the time after entry—not to exceed 14 days—that the court sets, unless before that time the court, for good cause, extends it for a like period" and that the "reasons for an extension must be entered into the record." FED. R. CIV. P. 65(b)(3). Plaintiff believes that sufficient good cause exists to extend the Sealed Temporary Restraining or for an additional fourteen days. As is shown in Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order and Memorandum of Law in Support (Dkt. No. *3) in* the absence of a restraining order, and more specifically the asset freeze, it is highly likely that Defendants will simply move their ill-gotten funds to accounts and locations outside the reach of the powers of this Court and will continue to unlawfully offer infringing versions of Plaintiff's

goods. Since the entry of the Sealed Temporary Restraining Order, Plaintiff and Plaintiff's

counsel have worked diligently to comply with the terms of the order. Declaration of Ge (Linda)

Lei, attached hereto as Exhibit A. Plaintiff has been in contact with the third parties who have

provided the means by which the Defendant accomplished their unlawful activities, including

Amazon.com, eBay.com and Walmart. *Id*. The third parties have begun the process of

identifying the individuals behind those online accounts named in Plaintiff's Amended

Complaint (Dkt. No. 2) including freezing their assets. *Id*. However, the third parties and

Plaintiff require more time in order to comply with the terms of the Sealed Temporary

Restraining Order. *Id*. In light of this, Plaintiff respectfully requests that this Court extend the

Sealed Temporary Restraining Order an additional fourteen days, through and including October

23, 2023.

DATED October 3, 2023                                    Respectfully submitted,

                                                         /s/ Ge (Linda) Lei
                                                         Ge (Linda) Lei
                                                         203 N. LaSalle St., Suite 2100
                                                         Chicago, IL 60601
                                                         Attorney No. 6313341
                                                         Linda.lei@getechlaw.com
                                                         312-888-6633

                                                         /s/ Jun Ye
                                                         Jun Ye (Pro Hac Vice to be filed)
                                                         Jun.ye@getechlaw.com
                                                         New York Bar No.: 5098116

                                                         *ATTORNEY FOR PLAINTIFF*