# IN THE UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHENZHEN JISU TECHNOLOGY CO., LTD. <br><br> Plaintiff, <br><br> v. <br><br> THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX A, <br><br> Defendants. | Case No. 23-cv-14016 <br><br> Judge Lindsay C. Jenkins <br><br> Magistrate Judge Jeffrey Cole |

## DECLARATION OF GE (LINDA) LEI

I, Ge (Linda) Lei, hereby declare, and state as follows:

1. I am an attorney with law firm Getech Law LLC. I am over the age of eighteen and make this declaration from personal knowledge, unless otherwise indicated below. I make this declaration in support of Plaintiff's *Ex Parte* Motion to Extend the Temporary Restraining Order.

2. I represent the Plaintiff, SHENZHEN JISU TECHNOLOGY CO., LTD, in the above-styled case.

3. Since the entry of this Court's Sealed Temporary Restraining Order, Plaintiff has worked diligently to comply with the terms of the order.

4. Plaintiff has served copies of the Temporary Restraining Order on the third parties identified in the Amended Complaint.

5. Plaintiff has begun the process of identifying and freezing those accounts within the control of third-party payment processors, including providing the Defendants' identifying

information. However, the process has not yet been completed and Plaintiff and the third-parties require more time to ensure compliance with this Court's Sealed Temporary Restraining Order.

I declare under penalty of perjury of the laws of the United States of America that the forgoing is true and correct.

    Executed on the 3rd day of October, 2023, in Chicago, Illinois.

/Ge (Linda) Lei
Ge (Linda) Lei