IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHENZHEN JISU TECHNOLOGY CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX A,<br><br>Defendants. | Case No. 23-cv-14016<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Judge Jeffrey Cole |

**PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION**

Plaintiff, Shenzhen Jisu Technology Co., Ltd ("Plaintiff"), hereby moves this Honorable Court for entry of a Preliminary Injunction enjoining THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX A ("Defendants") from making, using, offering for sale, and/or selling the identified Infringing Products and for an asset restraint in an action arising out of 35 U.S.C. § 271. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order entered on September 25, 2023. (Dkt. No. 10). In support of its Motion, Plaintiff concurrently files a Memorandum of Law.

DATED: October 14, 2023

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

/s/ Jun Ye
Jun Ye (Pro Hac Vice to be Filed)
Jun.ye@getechlaw.com
New York Bar No.: 5098116

*ATTORNEY FOR PLAINTIFF*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2023, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF NextGen system with notice of case activity automatically generated and sent electronically to counsel of record.

/s/ Ge (Linda) Lei
Ge (Linda) Lei
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

/s/ Jun Ye
Jun Ye (Pro Hac Vice to be Filed)
Jun.ye@getechlaw.com
New York Bar No.: 5098116

*ATTORNEY FOR PLAINTIFF*