IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHENZHEN JISU TECHNOLOGY CO., LTD.<br><br>**Plaintiff,**<br><br>v.<br><br>**THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX A,**<br><br>**Defendants.** | Case No. 23-cv-14016<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Judge Jeffrey Cole |

## DECLARATION OF GE (LINDA) LEI

I, Ge (Linda) Lei hereby declare, and state as follows:

1. I am an attorney with law firm Getech Law LLC. I am over the age of eighteen and make this declaration from personal knowledge, unless otherwise indicated below. I make this declaration in support of Plaintiff's Motion for Entry of a Preliminary Injunction.

2. I represent the Plaintiff, Shenzhen Jisu Technology Co., Ltd., in the above-styled case.

3. Since the entry of this Court's Sealed Temporary Restraining Order, Plaintiff has worked diligently to comply with the terms of the order.

4. Plaintiff has served copies of the Temporary Restraining Order on the third parties and the named Defendant identified in the Amended Complaint.

5. Plaintiff has begun the process of identifying and freezing those accounts within the control of third-party payment processors, including providing the Defendants' identifying

information. Since and pursuant to entry of the TRO, several financial accounts associated with the Seller Alias have been frozen.

I declare under penalty of perjury of the laws of the United States of America that the forgoing is true and correct.

Executed on the 14th day of October, 2023, in Chicago, Illinois.

/s/ Ge (Linda) Lei
Ge (Linda) Lei