IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **SHENZHEN JISU TECHNOLOGY CO., LTD.,** <br><br> Plaintiff, <br><br> v. <br><br> **THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX A,** <br><br> Defendants. | Case No.: 1:23-cv-14016 <br><br> Judge: Hon. Lindsay C. Jenkins |

**STIPULATED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT FRSARA**

Pursuant to Local Rule 83.17, attorneys Nicholas S. Lee and Sameeul Haque of the law firm Bishop Diehl & Lee, Ltd., hereby move for leave to withdraw their appearance on behalf of Defendant FRSARA in the above-captioned case. The involved parties have independently reached a settlement. As a component of this resolution, the undersigned counsel is required to withdraw from the case and rescind the opposition (Dkt. #32) to the Plaintiff's preliminary injunction motion. Plaintiff's counsel has affirmed that these actions constitute crucial terms of the settlement, essential for finalizing the agreement between the parties. Consequently, Plaintiff's counsel has consented to the relief requested herein.

Dated: November 22, 2023

Respectfully submitted,

/s/ Nicholas S. Lee
Nicholas S. Lee
nlee@bdl-iplaw.com
Sameeul Haque
shaque@bdl-iplaw.com
BISHOP DIEHL & LEE, LTD.
1475 E. Woodfield Road, Suite 800
Schaumburg, IL 60173
Telephone: (847) 969-9123

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic serve are being served with a copy of this document via the Court's CM/ECF system this November 22, 2023. Any other counsel of record will be served by electronic and/or first-class mail.

                                              /s/ Nicholas S. Lee
                                              Nicholas S. Lee