IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHENZHEN JISU TECHNOLOGY CO., LTD.<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX A,<br><br>　　　　　　　　　Defendants. | Case No. 23-cv-14016<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Judge Jeffrey Cole |

### PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST ALL REMAINING DEFENDANTS IDENTIFIED IN ANNEX A

Plaintiff Shenzhen Jisu Technology Co., Ltd. ("Plaintiff"), by its counsel, moves this Honorable Court to enter Default and Default Judgment against the remaining Defendants identified in Annex A submitted with the accompanying Memorandum. In support of this Motion, Plaintiff submits the accompanying Memorandum.

DATED December 18, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Ge (Linda) Lei
　　　　　　　　　　　　　　　　　　　Ge (Linda) Lei
　　　　　　　　　　　　　　　　　　　203 N. LaSalle St., Suite 2100
　　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　　Attorney No. 6313341
　　　　　　　　　　　　　　　　　　　Linda.lei@getechlaw.com
　　　　　　　　　　　　　　　　　　　312-888-6633


　　　　　　　　　　　　　　　　　　　*ATTORNEY FOR PLAINTIFF*

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on the December 18, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF NextGen system, I will send an e-mail to the e-mail addresses identified in the Motion for Alternative Service (Dkt No. 4), provided for the Defendant by third parties.

     Respectfully submitted,

     /s/ Ge (Linda) Lei
     Ge (Linda) Lei
     203 N. LaSalle St., Suite 2100
     Chicago, IL 60601
     Attorney No. 6313341
     Linda.lei@getechlaw.com
     312-888-6633

     *ATTORNEY FOR PLAINTIFF*