# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Shenzhen Jisu Technology Co., LTD

                                            Plaintiff,

v.                                                                  Case No.: 1:23–cv–14016

                                                                                           Honorable Lindsay C. Jenkins

The Entities and Individuals Identified in Annex A, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 20, 2023:

       MINUTE entry before the Honorable Lindsay C. Jenkins: Defendant jiayishangmaogongsi's unopposed motion for extension of time [54] is granted. Defendant jiayishangmaogongsi's responsive pleading is due by January 9, 2023. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.