**IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHENZHEN JISU TECHNOLOGY CO., LTD. | |
| Plaintiff, | Case No. 23-cv-14016 |
| v. | Judge Lindsay C. Jenkins |
| THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX A, | Magistrate Judge Jeffrey Cole |
| Defendants. | |

## PLAINTIFF'S MOTION FOR RECONSIDERATION

Plaintiff Shenzhen Jisu Technology Co., Ltd. ("Plaintiff"), by its counsel, moves this Honorable Court to Reconsider granting Defendant jiayishangmaogongsi's Motion for Extension of Time. In support of this Motion, Plaintiff submits the accompanying Memorandum.

DATED December 20, 2023

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*

1

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on the December 20, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF NextGen system, I will send an e-mail to the e-mail addresses identified in the Motion for Alternative Service (Dkt No. 4), provided for the Defendant by third parties.

    Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*

2