UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Shenzhen Jisu Technology Co., LTD

                Plaintiff,

v.                                            Case No.: 1:23–cv–14016

                                                    Honorable Lindsay C. Jenkins

The Entities and Individuals Identified in Annex A, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 28, 2023:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff's motion for reconsideration [57] is denied. The Court's order granting Defendant jiayishangmaogongsi's motion for extension of time [55] incorrectly stated that the request was unopposed. In granting that motion [54], the Court considered Defendant's representation that "Defendant has been substantively engaged with Plaintiff in parallel settlement discussions," and that the extension was warranted to "exhaust the prospect of settlement before responding to the Complaint." The motion also represented that "On December 18, 2023, Defendant requested whether Plaintiff would oppose Defendant's proposed extension," and that as of December 19, 2023, "Plaintiff has not yet expressed whether it does." While the Court appreciates Plaintiff's argument that granting the request only adds to the already unreasonable period of delay, the Court concludes that additional time is appropriate under the circumstances. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.