IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHENZHEN JISU TECHNOLOGY CO., LTD. <br><br> Plaintiff, <br><br> v. <br><br> THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX A, <br><br> Defendants. | Case No. 23-cv-14016 <br><br> Judge Lindsay C. Jenkins <br><br> Magistrate Judge Jeffrey Cole |

## ORDER

Plaintiff, Shenzhen Jisu Technology Co., Ltd's deposited ten thousand dollars ($10,000.00) cash bond, with any applicable interest shall be returned to Getech Law LLC, 203 N LaSalle St, #2100, Chicago, IL 60601.

_____
U.S. District Court Judge

Dated 1/5/2024

1